# Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:	212-465-1188
	cklee@leelitigation.com

July 3, 2019

**Via ECF**
Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

> Re:  *Kubilius et al v. Arizona Beverage Company LLC*
> Case No. 18-cv-09075

Dear Judge Wang:

We are counsel to Plaintiffs in the above-captioned action and write to the Court pursuant to its Order of July 3, 2019 (ECF #71). The mediation and arbitration scheduled for July 8, 2019 that Plaintiffs' counsel is obligated to appear in are:

- *Tendilla et al. v. Pearl Stone Restaurant, LLC et al.*, 18-cv-8900 (S.D.N.Y.) (scheduled on May 1, 2019)
- *Mang Ming Wang et al. v. 44th Street Restaurant, LLC et al*. (arbitration) (scheduled on April 19, 2019)

Plaintiffs propose that the conference be adjourned to July 18, 2019 at 12:00 p.m. and that it be conducted telephonically, given the parties' limited availability. I have another mediation scheduled for July 18, 2019 (*Cano v. Sebastians Pizzeria Inc. et al.*, 19-cv-02595 (S.D.N.Y.)). Defendants have informed Plaintiffs that they prefer July 9, which is a difficult date given that I have three depositions scheduled then (*Orellana et al. v. One if By Land Restaurant LLC et al.*, 18-cv-07895 (S.D.N.Y.)). Given the parties' limited availability, it appears that July 18, 2019 at noon by teleconference is the best available time. Another later time amenable to the Court would also be agreeable to Plaintiffs.

We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF