# McElroy, Deutsch, Mulvaney & Carpenter, LLP
### ATTORNEYS AT LAW

570 BROAD STREET, 15th FLOOR
NEWARK, NEW JERSEY 07102
(973) 622-7711
FACSIMILE (973) 622-5314

ROBERT P. DONOVAN
Direct dial: (973) 565-2195
rdonovan@mdmc-law.com

November 21, 2019

**MEMO ENDORSEMENT**

**Application Granted.**

**SO ORDERED.**

Ona T. Wang        11/22/2019
U.S. Magistrate Judge

**Via ECF**
Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re:   Lukas Kubilius, et al. v. Arizona Beverages USA LLC, et al.
      Index No. 18-cv-9075
      **LETTER REQUEST FOR ONE-DAY EXTENSION**

Dear Judge Wang:

This firm represents Defendants in the above matter. We write, with the consent of Plaintiffs, to request a one-day extension of the deadline to file the joint status letter on Defendants' restoration efforts with regard to electronically stored information ("ESI") (ECF 104). The reasons for the request are that the deadline is Sunday, November 24, and due to the fact that the undersigned will be at depositions all day tomorrow, November 22.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

Robert P. Donovan

RPD/sck
#3935345

cc:   C.K. Lee, Esq. (via ECF and email)