UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA KAILEY and MAKAYLO VAN PEEBLES, on behalf of themselves and others similarly situated,

Plaintiffs,

-against-

ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2020

18 Civ. 9075 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is hereby ORDERED that the case management conference scheduled for March 12, 2020 is ADJOURNED to **March 17, 2020**, at **12:20 p.m.** By **March 10, 2020**, the parties shall submit their joint status letter.

SO ORDERED.

Dated: January 7, 2020
New York, New York

ANALISA TORRES
United States District Judge